# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRITTNEY O'BRIEN,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| v. | No. 15-4181 |
| **COMENITY LLC d/b/a COMENITY BANK,** | |
| **Defendant.** | |

## ORDER

**AND NOW,** this 13th day of November, 2015, upon consideration of the stipulation (Doc. No. 15) by which Plaintiff Brittney O'Brien and Defendant Comenity Bank agreed to enter into binding arbitration, it is hereby **ORDERED** that Defendant's "Motion to Compel Arbitration and to Dismiss Plaintiff's Claims" (Doc. No. 7) is **GRANTED** and that the Complaint is **DIMISSED.** The Clerk of Court shall **CLOSE** the above captioned case.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**